# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORTEZ HARDRICK**<br><br>Plaintiff,<br><br>  v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No.: |

## NOTICE

## CONTINUTATION FOR RELATED CASE NOTICE

Other cases with which this case shares common issues of fact are:

1:20-cv-02453-TSC, Linwood Allen v. District of Columbia



1:22-cv-02672-CKK, Sanu Millard, et al. v. District of Columbia