UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORTEZ HARDRICK,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 23-02151 (TJK) |

## Status Report

By Minute Order entered June 9, 2025, this Court ordered Plaintiff, by June 10, 2025, (1) to file a status report explaining which opposition brief and accompanying materials he intends to be operative in this case; and (2) to move for leave to file under seal and explain why such relief is appropriate papers or materials to be docketed under seal.

Plaintiff filed two documents under seal:

**"Plaintiff's Opposition to Defendant's Motion to Dismiss" [40].** Plaintiffs filed an unredacted version of "Plaintiff's Opposition to Defendant's Motion to Dismiss" [for Lack of Jurisdiction] under seal at [ECF No. 40].

Plaintiff designates the unredacted version of "Plaintiff's Opposition to Defendant's Motion to Dismiss" filed under seal at [ECF No. 40] **as the operative version of Plaintiff's** Opposition to Defendant's Motion [32] to Dismiss for Lack

1

of Jurisdiction. The District does not object to the Opposition being on the docket. Plaintiff will file a motion asking the Court to order the Clerk to place the Opposition [40] on the docket *nunc pro tunc* to the date of the filing of the Opposition [40] under seal.

**Exhibit Number 4 filed under seal at [ECF No. 41].** Plaintiff filed Exhibit Number 4 (the "Incident Report" and certain other documents) under seal at [ECF No. 41] because the Incident Report [DC_23-cv-02151-00000014 to DC_23-cv-02151-00000037] and most of the other documents were designated by the District as Confidential under the Protective Order.

Moreover, Exhibit # 4 has identifying data about the two complainants and Mr. Hardwick such as DOB and cell phone number and addresses of the two complainants.

Plaintiff designates the unredacted version of Exhibit # 4 filed under seal [41] as the operative version of Exhibit 4.

**Exhibit List and Exhibits [ECF No. 42].** The Exhibit List and Exhibits are an exhibit list and certain exhibits (1,2,3 and 5-8) filed on the open docket. Plaintiff designates these exhibits as the operative exhibits in addition to Exhibit # 4.

| Respectfully submitted,<br><br>/s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579 | |

| | |
|---|---|
| 717 D Street, N.W<br>Suite 300<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com<br><br><br>Counsel for Plaintiff Mr. Hardwick | |